UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO JAMES BARELA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SWARTHOUT, Warden,<br><br>　　　　Respondent. | No. CV 11-3460-JVS (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: __2.26.14__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　United States District Judge